AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
| Esteban PADRON | ) Case No. M-20-2652-M |
| (YOB: 1981) USA | ) |
| | ) United States District Court |
| | ) Southern District of Texas |
| | ) FILED |
| *Defendant(s)* | ) DEC 0 1 2020 |

## CRIMINAL COMPLAINT

David J. Bradley, Clerk

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 30, 2020** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 846 | Conspiracy to Possess with the Intent to Distribute approximately 582 grams of Fentanyl a schedule I controlled substance |
| 21 USC 841 | Possess with the Intent to Distribute approximately 582 grams of Fentanyl a schedule I controlled substance |

This criminal complaint is based on these facts:

(See Attachment A)

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Laura Garcia

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

~~Sworn to before me and signed in my presence.~~

Date: 12/1/20 - 7:12 a.m.

City and state: McAllen, Texas

/s/ Tyler Klassen
*Complainant's signature*

Tyler Klassen, DEA Special Agent
*Printed name and title*

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1. On November 30, 2020, a Hidalgo County Sheriff's Deputy conducted a traffic stop in Pharr, Texas on a Ford white Escape. The driver of the white Ford Escape was identified as Esteban PADRON (hereafter, PADRON). PADRON provided consent for the Hidalgo County Sheriff's Deputy to search the white Ford Escape.

2. The Hidalgo County Sheriff Deputy then conducted a search of the Ford white Escape. Within the backseat area, a grocery bag was found containing one (1) brick of a powdery substance wrapped with brown tape. The substance field tested positive for the characteristics of fentanyl with a total approximate weight of 582 grams.

3. PADRON was provided his Miranda Warnings and agreed to speak with Drug Enforcement Administration Special Agents. PADRON stated he received the package from another individual. PADRON stated he knew there were illegal narcotics within the package in his vehicle. He stated he was to transport and deliver the package of narcotics to another individual. He stated he was to be paid $1,000.